IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAYLEY FRYE, INDIVIDUALLY AND ON
BEHALF OF A CLASS OF OTHERS SIMILARLY
SITUATED                                                                                                 PLAINTIFF

V.                          CASE NO. 4:06CV001533  JMM

MOTOROLA, INC.                                                                                      DEFENDANT

*ORDER*

    Plaintiff's *Pro Hac Vice* Motion for Admission of Stephen M. Garcia is granted (#2). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Stephen M. Garcia is hereby permitted to appear and participate in this action as counsel for plaintiff.  Jim McHugh is designated as local counsel pursuant to Local Rule 83.5(d).

    IT IS SO ORDERED this   20   day of October, 2006.

                                      James M. Moody
                                      United States District Judge