IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRY FRYE, INDIVIDUALLY
AND ON BEHALF OF
A CLASS OF OTHERS SIMILARLY
SITUATED                                                                                                PLAINTIFF

VS.                              CASE NO.  4:06CV01533 JMM

MOTOROLA, INC.                                                                                DEFENDANT

### ORDER

Defendant's Agreed Motion to Stay All Proceedings Pending Decision of the Judicial Panel on Multidistrict Litigation is granted (#10).   Judicial economy and a risk of conflicts in judicial rulings require a stay in the above styled case pending a decision on whether this case will be transferred.

The Clerk of the Court is to stay all action in the above styled case until: (1) if the Multidistrict Litigation Panel grants centralization, five days after the first status conference with the transferee court; or (2) if the Multidistrict Panel denies centralization, thirty days after the Multidistrict Panel issues such an order.

IT IS SO ORDERED THIS   12   day of   February  , 2007

_____
James M. Moody
United States District Court.